EMPLOYERS' FIRE INSURANCE COMPANY v. MATTIE COTTEN, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HYMAN MILLSTEIN.— Motion denied. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

JAMES W. COLT v. THE FOUNDATION COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Assets of the SECOND RUSSIAN INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of the SECOND RUSSIAN INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JANE COLLENTINE v. R. H. MACY & Co., INC.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT G. SPARROW v. LOUIS K. LIGGETT COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RODGERS & HAGERTY, INC., v. TURNER CONSTRUCTION Co., INC.— Motion granted. Present — Dowling, P. J., Finch, McAvoy and O'Malley, JJ.

EDWARD F. QUIRKE v. FIDELITY TRUST COMPANY OF NEW YORK.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRIET W. PETERS, as Administratrix, etc., v. L. M. BERKELEY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

STELLA H. MARKS v. MARCUS H. MARKS.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FREDERICK W. KAUTZMANN.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of WILLIAM J. SLOANE and Others against WILLIAM E. WALSH and Others, Defendants, and WALTON-WHYTE REALTY Co., INC., Intervenor, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PETER F. WENDEL and Another v. DENNIS CONNOR and Another.— Motion granted on terms stated in order; otherwise denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands, etc., on Southerly Side of Broome Street between Ludlow and Essex Streets, Borough of Manhattan, New York City, for School Purposes.— Motion granted. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.